# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 16-MJ-00104-DLW<br>U.S. MARSHAL NO.: 44700-044 |
| CARL A. BEIER | Douglas Reynolds<br>(Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to Violation No. 4263998/34.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3 & 36 CFR 2.30(a)(4) | Misappropriation of Property | 08/12/14 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Nos. 4263999/34; 4264000/34 & P0415676/34 are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

03/08/16
Date of Imposition of Judgment

s/Gordon P. Gallagher
Signature of Judicial Officer

Gordon P. Gallagher, U.S. Magistrate Judge
Name & Title of Judicial Officer

03/08/16
Date

DEFENDANT: CARL A. BEIER
CASE NUMBER: 16-MJ-00104-DLW

Judgment-Page 2 of 4

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of One (1) Year.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

## SPECIAL CONDITIONS OF UNSUPERVISED PROBATION

1) The defendant shall not violate any federal, state or local statute or regulation excepting traffic infractions for a period of one (1) year.

2) The defendant shall not enter any National Park in the State and District of Colorado for a period of one (1) year, except for travel on a State or U.S. Highway that passes through a park.

3) The defendant shall complete five (5) hours of community service and furnish proof of completion to the Court within ninety (90) days.

4) The defendant shall pay the mandatory Special Assessment Fee of $10.00.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 1 | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | | $0.00 | $0.00 |

DEFENDANT: CARL A. BEIER
CASE NUMBER: 16-MJ-00104-DLW

Judgment-Page 3 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.